### FRANCES P. SYKAS *v.* MARK J. SYKAS
### (13401)

Dupont, C. J., and Lavery and Freedman, Js.

Argued January 11—decision released February 13, 1996

*Carlo Forzani*, with whom, on the brief, were *Arnold H. Klau* and *Donald J. Cantor*, for the appellant (defendant).

*Karen S. Gersten*, with whom, on the brief, was *Aaron L. Gersten*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.